IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OSCAR MEDINA, on behalf of himself and other persons similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>GOAUTO, LLC,<br><br>    *Defendant.* | CIVIL ACTION NO. 18-996<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE DANIEL E. KNOWLES, III |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Oscar Medina voluntarily dismisses this action against Defendant GoAuto, Llc without prejudice. Voluntary dismissal is appropriate at this time because Defendant GoAuto, Llc has not yet filed either an answer or motion for summary judgment.

*Respectfully submitted:*

*/s/ William H. Beaumont*
Roberto Luis Costales
William H. Beaumont
Emily A. Westermeier
Jonathan Mille Kirkland
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
*whb@beaumontcostales.com*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, a copy of the above and foregoing *Notice* has been forwarded to the defendant via U.S. Mail.

*/s/ William H. Beaumont*
